In the Matter of KEITH C., A Person Alleged to be a Juvenile Delinquent, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich, Kupferman and Tilzer, JJ.